ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Aviate Enterprises, Inc. | ) ASBCA Nos. 63681, 63682, 63706 |
| | ) |
| Under Contract No. FA4417-22-F-0126 | ) |

APPEARANCES FOR THE APPELLANT:    Lauren R. Brier, Esq.
Isaias Cy Alba, IV, Esq.
Dozier L. Gardner, Jr., Esq.
 PilieroMazza PLLC
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
 Air Force Deputy Chief Trial Attorney
Maj Oladipo O. Odejide, USAF
 Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 6, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63681, 63682, 63706, Appeals of Aviate Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: March 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals